UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**EARL JACKSON**                                                                                          **PETITIONER**
Reg # 23375-045

V.                               CASE No. 2:22-CV-242-JM-JTR

**JOHN P. YATES, Warden,**
**FCI-Forrest City**                                                                                      **RESPONDENT**

## ORDER

Petitioner Earl Jackson has not complied with the February 23, 2023 Order directing him to pay the $5.00 filing fee in the full or submit a properly completed application to proceed *in forma pauperis*. *Doc. 4*.  The time to comply with this Order has expired.

Therefore, this case is dismissed without prejudice due to lack of prosecution. Fed. R. Civ. P. 41(b); Local Rule 5.5(c)(2).

IT IS SO ORDERED, this 20th day of March, 2023.

_____
UNITED STATES DISTRICT JUDGE