UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**EARL JACKSON**                                                                                      **PETITIONER**
Reg # 23375-045

**V.**                          **CASE No. 2:22-CV-242-JM-JTR**

**JOHN P. YATES, Warden,**
**FCI-Forrest City**                                                                       **RESPONDENT**

## JUDGMENT

Consistent with the Order entered separately on March 20, 2023, this case is dismissed without prejudice. All relief sought is denied, and the case is closed.

IT IS SO ORDERED, this 21st day of March, 2023.

_____
UNITED STATES DISTRICT JUDGE